UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE M. BURLISON,<br><br>    Petitioner,<br><br>v.<br><br>IRL D. BURLISON,<br><br>    Respondent. | NO. CV-10-0238-LRS<br><br>**ORDER TO SHOW CAUSE AND ORDER RESTRAINING IRL D. BURLISON FROM REMOVING CHILD FROM JURISDICTION OF THIS COURT** |

BEFORE THE COURT is Petitioner's Motion for Order to Expedite hearing, Ct. Rec. 6, filed on August 16, 2010 and noted without oral argument for August 23, 2010.

Pursuant to the International Child Abduction Remedies Act, 42 U.S.C. § 11601, et. seq., and good cause being shown for the entry of this Order,

IT IS HEREBY ORDERED:

1. Irl D. Burlison is hereby and immediately and forthwith restrained from removing the child, JMB, born March 23, 2005, from her current residence in the state of Washington without the prior permission of the court.

2. Irl D. Burlison shall appear before the undersigned at the Thomas S. Foley United States Courthouse, W. 920 Riverside Avenue, Spokane, Washington, on Wednesday, the 22nd day of September, 2010 at 8:30 a.m., then and there to show cause, if any there be, why the foregoing restraining order should not be made

ORDER - 1

permanent, pending further Order of this court and to further show cause why the above-named child should not be returned to her mother, Michelle M. Burlison, in Canada.

3. Petitioner's Motion for Order to Expedite Hearing, **Ct. Rec. 6,** is **DENIED.** A hearing on Petitioner's Motion for warrant in Lieu of Habeas Corpus will be set at the Show Cause hearing.

4. Petitioner is directed to serve on Respondent Irl D. Burlison the "Verified Petition For Return of Child to Petitioner and Petition For Immediate Issuance of Show Cause Order to Respondent," Ct. Rec. 1.

5. Petitioner is directed to serve on Respondent Irl D. Burlison this "Order To Show Cause and Order Restraining Irl D. Burlison From Removing Child From Jurisdiction of This Court."

IT IS SO ORDERED.   The District Court Executive is directed to enter this Order, provide copies to counsel for her records and service upon the Respondent.

DATED this 23rd day of August, 2010.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Chief United States District Judge

ORDER - 2